458 A.2d 274

Commonwealth v. Green, Appellant.
Petition for Allowance of Appeal
Denied July 27, 1983.

Submitted June 17, 1982. John H. Corbett, Jr., Public Defender, for appellant; Robert L. Eberhardt, Deputy District Attorney, for Commonwealth, appellee.

Before BROSKY, JOHNSON and MONTGOMERY, JJ.

Judgment of sentence is affirmed.